# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>vs<br><br>1) CARLOS LUIS DIAZ-DEL-VALLE<br>a/k/a Pocho<br>(counts I, II, III, IV, V and VI)<br>2) GILBERTO MARRERO-MATOS<br>(counts I and II)<br>3) ERICK N. RAMOS-ROMAN<br>(counts I and III)<br>4) LINDA CARDONA-VELEZ<br>(counts I and IV)<br>5) CARMEN MARIA RODRIGUEZ-DE-JESUS<br>(counts I and V)<br>6) CARMEN IRIS CALDERON-FIGUEROA<br>(counts I and VI)<br>7) EDUARDO MEDINA-RODRIGUEZ<br>a/k/a Gallo<br>(count I)<br>8) NATASHA QUIÑONES<br>(count I)<br>**9) JEIEL HERNANDEZ-DIAZ**<br>(count I)<br>10) GLADYS RODRIGUEZ<br>(count I)<br>11) MICHELLE RODRIGUEZ<br>(count I)<br>12) ODESSA VANTARPOOL-CORA<br>(count I)<br>13) MARIA MARGARITA LAURENCIO-CASTRO<br><br>(count I)<br><br>Defendants | CRIMINAL 04-0419CCC |

## O R D E R

Having considered the Report and Recommendation filed on April 13, 2005 **(docket entry 255)** on a Rule 11 proceeding of defendant Jeiel Hernández-Díaz held before Magistrate Judge Aida M. Delgado-Colón on April 1, 2005, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Jeiel Hernández-Díaz is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

CRIMINAL 04-0419CCC                              2

    This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since April 1, 2005. The **sentencing hearing is set for July 14, 2005 at 4:15 PM.**

    SO ORDERED.

At San Juan, Puerto Rico, on April 13, 2005.

                                                     S/CARMEN CONSUELO CEREZO
                                                    United States District Judge